**Motion Granted; Order filed June 20, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00161-CV
_____

**JJJ WALKER, LLC; DYNAFAB USA, LLC; RENAISSANCE PROPERTIES OF TEXAS, LLC; PRIYA PROPERTIES, LLC; BD TEXAS, LLC; AND KW HOSPITAL ACQUISITION, LLC, Appellant**

**V.**

**FIRST NATIONAL BANK; MERENSKY REEF HOSPITAL COPORATION; LOUISIANA TEXAS HEALTHCARE MANAGEMENT, LLC; ERIC YOLLICK; AND THE YOLLICK LAW FIRM, P.C., Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-41034**

---

## ORDER

This is an appeal from a judgment signed November 26, 2012. On June 4, 2013, appellants filed a motion to dismiss appellees First National Bank, Merensky Reef Hospital Corporation, Louisiana Texas Healthcare Management, and Yollick

Law Firm from the appeal.  *See* Tex. R. App. P. 42.1.  The motion is **GRANTED.** Appellees, First National Bank, Merensky Reef Hospital Corporation, Louisiana Texas Healthcare Management, and Yollick Law Firm, are ordered **DISMISSED** from the appeal.


PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.